# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARRON JASON LAIR,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 71278

**FILED**

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

When our initial review of this appeal indicated that a jurisdictional defect existed because the notice of appeal was untimely filed, we ordered appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, counsel concedes that the notice of appeal was untimely filed.[1] Accordingly, we conclude that we lack jurisdiction, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we

ORDER this appeal DISMISSED.[2]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]Counsel also represents that appellant will be filing a motion to withdraw this appeal. To date, no such motion has been filed.

[2]Given this order, court recorder Michelle Ramsey's motion for an extension of time to prepare the requested transcripts is denied as moot.

16-37352

cc: Hon. Michael Villani, District Judge
Aisen Gill & Associates LLP
Attorney General/Carson City
Clark County District Attorney
Michelle Ramsey, Court Recorder
Eighth District Court Clerk